UST-31, 3/03

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| JOHNSON, BLAKE M. | ) | Case No. 08-08270-PHX SSC |
| JOHNSON, PATRICIA A. | ) | |
| | ) | PETITION TO PAY DIVIDEND |
| | ) | IN AMOUNT LESS THAN $5.00 |
| Debtor(s). | ) | TO THE CLERK OF THE |
| | ) | U.S. BANKRUPTCY COURT |

DALE D ULRICH, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in §347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 4 | Clark Heating & Air Conditioning<br>2470 North Katy Road<br>Elm Mott, TX 76640 | $0.20 |
| 6 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | $0.92 |
| 7 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | $1.61 |
| 8 | Merry Maids<br>Blomcor, Inc.<br>1867 East Baseline Road<br>Tempe, AZ 85283 | $0.45 |
| 9 | Qwest Corporation<br>1801 California St Rm 900<br>Attn: Jane Frey<br>Denver, CO 80202 | $0.20 |
| 10 | FIA CARD SERVICES<br><br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | $1.29 |
| 11 | Recovery Management Systems Corporation<br><br>,25 SE 2nd Ave Ste 1120<br>Miami, FL 33131 | $0.54 |

| | | |
|---|---|---:|
| 12 | Recovery Management Systems Corporation | $1.01 |
| | ,25 SE 2nd Ave Ste 1120<br>Miami, FL 33131 | |
| 13 | Recovery Management Systems Corporation | $3.17 |
| | 25 SE 2nd Ave Ste 1120<br>Miami, FL 33131 | |
| 16 | American General Finance<br>P.O. Box 971<br>Evansville, IN 47706-0971 | $2.10 |
| | TOTAL | $ 11.49 |

| | |
|---|---|
| February 17, 2010 | /s/ DALE D ULRICH |
| DATE | DALE D ULRICH, TRUSTEE |